**PASHMAN STEIN WALDER HAYDEN**
A Professional Corporation
Howard Pashman/Attorney ID 261752018
Court Plaza South
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Ph: (201) 488-8200
F: (201) 488-5556
*Attorneys for Plaintiffs*
*New Jersey Schools Insurance Group*
*and East Orange Board Of Education*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY SCHOOLS INSURANCE GROUP ("NJSIG") AND EAST ORANGE BOARD OF EDUCATION ("EOBOE"),<br><br>Plaintiffs,<br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY ("GAIC"),<br><br>Defendant. | Case No. 2:21-cv-15132-KM-CLW<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Howard Pashman, Esq., of Pashman Stein Walder Hayden, P.C., hereby appears as co-counsel for Plaintiffs New Jersey Schools Insurance Group and East Orange Board Of Education. The undersigned requests all electronic notifications in this matter be sent to him.

> **Pashman Stein Walder Hayden, P.C.**
> *Attorneys for Plaintiffs*
> *New Jersey Schools Insurance Group*
> *and East Orange Board Of Education*
>
> */s/ Howard Pashman*
> Howard Pashman
> hpashman@pashmanstein.com

Dated: September 17, 2021