IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x

EAST ORANGE BOARD OF EDUCATION ("EBOE") and NEW JERSEY SCHOOLS INSURANCE GROUP ("NJSIG"),

        Plaintiffs,

v.

GREAT AMERICAN INSURANCE COMPANY ("GAIC")

        Defendant.

-----------------------------------------------------------------x

Case No. 2:21-cv-15132

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Daniel Lebersfeld, Esq., of The Dratch Law Firm, P.C., hereby appears as co-counsel for Defendant Great American Insurance Company. The undersigned requests that all electronic notifications in this matter be sent to him.

        THE DRATCH LAW FIRM

        /s/   Daniel Lebersfeld
        Daniel Lebersfeld (dlebersfeld@gmail.com)
        354 Eisenhower Parkway
        Livingston, New Jersey 07039
        (973) 992-3700
        *Counsel for defendant Great American Insurance Company*

Dated: October 7, 2021