**Howard Pashman**
Associate
hpashman@pashmanstein.com
Direct: (201) 488-0966



January 12, 2022

**VIA CM/ECF**
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut St.
Newark, NJ  07101

      **Re:**    *East Orange Bd. of Educ. & N.J. Sch. Ins. Grp. v. Great Am. Ins. Co.*
             **No. 2:21-cv-15132-KM-CLW**

Dear Judge Waldor:

      This firm represents the Plaintiffs in the above-referenced action.  The ongoing surge in COVID cases is creating staffing problems for the Plaintiffs that affect their ability to meet the current discovery deadlines set in the scheduling order filed on October 21, 2021 [ECF 9].  Consequently, the Plaintiffs respectfully request that those deadlines be extended by 60 days.  Counsel for Defendant Great American Insurance Co. has consented to this request, which seeks to extend discovery as follows:

| Discovery to be completed | Current deadline | Proposed new deadline |
|---|---|---|
| All fact discovery | August 1, 2022 | October 3, 2022 |
| Motions to add new parties and/or to amend pleadings | March 31, 2022 | May 31, 2022 |
| Responses to interrogatories and document requests | January 14, 2022 | March 18, 2022 |
| Affirmative expert reports | September 16, 2022 | November 18, 2022 |
| Responsive expert reports | November 1, 2022 | January 6, 2023 |
| Expert depositions | December 16, 2022 | February 7, 2023 |

      Filed with this letter is a proposed amended scheduling order.

      Thank you for your continued time and attention to this matter.



January 12, 2022
Page 2

                                          Respectfully Submitted,

                                          Howard Pashman

Encl.

cc:      Counsel of Record (By ECF)