# The Dratch Law Firm, P.C.

Attorneys At Law
Plaza Two
354 Eisenhower Parkway
P.O. Box 472
Livingston, New Jersey 07039-0472

NEW YORK OFFICE
233 Broadway, Suite 1800
New York, NY 10279
(212) 571-1808
Please reply to NJ Office
WEBSITE: www.njcounsel.com

Main Office (973) 992-3700
Telecopier (973) 994-0130
Writer's Direct Dial: (201) 924-4278
email: dlebersfeld@gmail.com

March 17, 2023

**Via EM/ECF**
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut St.
Newark, New Jersey 07101

Re:   *East Orange Bd. of Educ., et al. v. Great Am. Ins. Co.*, No. 2:21-cv-15132-KM-CLW

Dear Judge Waldor:

  This firm is counsel to defendant Great American Insurance Company in the above-referenced action. In accordance with Your Honor's instructions contained in the Text Order of February 21, 2023 (ECF # 24), I am writing to inform the Court that my client does not believe that mediation will be productive at this time, which I have communicated to my adversary. Counsel for Plaintiffs and I intend to discuss, and hopefully resolve, confidentiality designations in anticipation of summary judgment motion practice prior to the May 15, 2023 status conference.

  The Court's continued attention to this matter is greatly appreciated.

Respectfully submitted,

/s/ *Daniel Lebersfeld*

Daniel Lebersfeld

cc: Counsel of Record (by ECF)