## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| EAST ORANGE BOARD OF EDUCATION ("EOBOE") AND NEW JERSEY SCHOOLS INSURANCE GROUP ("NJSIG"), <br><br> Plaintiffs, <br><br> v. <br><br> GREAT AMERICAN INSURANCE COMPANY ("GAIC"), <br><br> Defendant. | Case No. 2:21-cv-15132-KM-CLW <br><br><br> **CERTIFICATION OF SERVICE** |

I certify pursuant to 28 U.S.C. § 1746 that I emailed complete, unredacted versions of the following documents to the individuals named below: Plaintiffs East Orange Board of Education's and New Jersey Schools Insurance Group's (collectively, "Plaintiffs") brief in opposition to Defendant Great American Insurance Company's ("GAIC") motion for summary judgment and in support of Plaintiffs' cross-motion for summary judgment; declaration of Howard Pashman, with exhibits, dated July 14, 2023; Plaintiffs' response to GAIC's statement of undisputed material facts; and Plaintiffs' statement of undisputed material facts.

1

The Dratch Law Firm
Stephen N. Dratch (sdratch@njcounsel.com)
Daniel Lebersfeld (dlebersfeld@gmail.com)
354 Eisenhower Parkway
Livingston, New Jersey 07039

 I certify further that I caused to be filed the following documents on the Court's public docket: Plaintiffs' notice of cross-motion for summary judgment and a proposed order on Plaintiffs' cross-motion for summary judgment.

 I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 14, 2023       */s/ Howard Pashman*
               Howard Pashman