# DECLARATION EXHIBIT 2

# (FILED UNDER SEAL)