IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x

| | |
|---|---|
| EAST ORANGE BOARD OF EDUCATION ("EBOE") and NEW JERSEY SCHOOLS INSURANCE GROUP ("NJSIG"),<br><br>        Plaintiffs,<br><br>  v.<br><br>GREAT AMERICAN INSURANCE COMPANY ("GAIC")<br><br>        Defendant. | Case No. 2:21-cv-15132<br><br>**MOTION TO WITHDRAW APPEARANCE OF COUNSEL** |

-----------------------------------------------------------------x

Pursuant to District Court of New Jersey Local Rule 102.1, Daniel Lebersfeld, Esq., of The Dratch Law Firm, P.C. hereby moves to withdraw his appearance as counsel of record for Defendant Great American Insurance Company ("Defendant") in the above-captioned matter. In support thereof, Daniel Lebersfeld, states as follows:

1. Currently, I am an attorney at The Dratch Law Firm, P.C. (the "Dratch Firm"), having entered my appearance on behalf on Defendant on October 12, 2021.

2. I am leaving the Dratch Firm, effective January 12, 2024.

3. My colleague, Stephen N. Dratch, Esq., also of the Dratch Firm, will maintain his appearance and continue his and the Dratch Firm's representation of Defendant. Accordingly, no substitution of counsel will be necessary or is anticipated at this time.

4. Accordingly, I respectfully request that the Court effectuate the withdrawal of my appearance as counsel for Defendant Great American Insurance Company.

2

WHEREFORE, Daniel Lebersfeld respectfully requests that the Court effectuate the withdrawal of his appearance as counsel for Defendant Great American Insurance Company.

                                              Respectfully submitted,

                                              /s/ *Daniel Lebersfeld*
                                       Email: dlebersfeld@gmail.com